HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
APRYL WESTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00129-TWR-BAM-2 |
| Plaintiff, | **STIPULATION TO EXTEND SELF-SURRENDER DATE;  ORDER** |
| vs. | |
| APRYL WESTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Apryl Weston, that the Court may extend the date by which Ms. Weston must surrender for service of sentence from June 12, 2024, to July 10, 2024.

On May 6, 2024, the Honorable Todd W. Robinson sentenced Ms. Weston to five months of imprisonment. Judgment, ECF #75, at 2. Judge Robinson ordered Ms. Weston to surrender at the institution designated by the Bureau of Prisons ("BOP") before 12:00 p.m. on June 12, 2024. *Id.* On June 4, 2024, undersigned defense counsel contacted Supervisory United States Pretrial Services Officer Brian J. Bedrosian regarding Ms. Weston's designation. Officer Bedrosian advised that his office had checked the BOP database but that Ms. Weston had not yet been designated to a BOP institution.

/////

Given that Ms. Weston's self-surrender date is fast-approaching and that Ms. Weston will need time to make arrangements to travel to whatever institution to which she may be designated, the defense is requesting a four-week extension of the self-surrender date. Counsel for the government has no objection to this request.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: June 4, 2024      */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 4, 2024      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
APRYL WESTON

## O R D E R

**IT IS SO ORDERED.** Defendant Apryl Weston is hereby ordered to surrender at the institution designated by the Bureau of Prisons ("BOP") before 12:00 p.m. on July 10, 2024.

DATED:  June 6, 2024.

CHIEF UNITED STATES DISTRICT JUDGE